IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| RUBEN CLANTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO.: 1:13-CV-00031 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) SHARP/ BRYANT ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff, Ruben Clanton ("Plaintiff"), and Defendant, Hartford Life and Accident Insurance Company ("Defendant"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Respectfully submitted on this the 3rd day of July, 2013:

    s/ J. Anthony Arena   (w/ consent)
ARENA LAW FIRM
Arena Law Firm
5214 Maryland Way, Suite 402
Brentwood, TN 37027
Tel: (615) 515-5500

*Attorney for Plaintiff Ruben Clanton*

s/ Grace Robinson Murphy
William B. Wahlheim, Jr.
Grace Robinson Murphy
Andrea D. Germany
*Admitted pro hac vice*
MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
(205) 254-1000

Marshall T. Cook, BPR No. 20028
BONE, McALLESTER & NORTON, PLLC
131 Saundersville Road, Suite 130
Hendersonville, TN 37075
(615) 780-7975

*Attorneys for Defendant Hartford Life and Accident Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Stipulation of Dismissal has been served upon the following counsel of record to this proceeding by CM/ECF this the 3rd day of July, 2013:

> J. Anthony Arena
> Arena Law Firm
> 5214 Maryland Way, Suite 402
> Brentwood, TN 37027

s/ Grace Robinson Murphy
OF COUNSEL
