IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| RUBEN CLANTON ) | |
| ) | Case No. 1:13-0031 |
| v. ) | JUDGE SHARP |
| ) | |
| HARTSFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY ) | |

## O R D E R

Pursuant to the Joint Stipulation of Dismissal (Docket No. 13) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE